# IN THE
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

_____

| | |
|---|---|
| CARLOS JOHNSON, )<br>    Plaintiffs, )<br> )<br>    v. ) No.<br> )<br> )<br>UNKNOWN CHICAGO POLICE )<br>OFFICERS, AND THE CITY OF )<br>CHICAGO, )<br>    Defendants. ) | FILED: JUNE 19, 2008<br>08CV3530<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE MASON<br>AEE |

_____

## COMPLAINT

## COUNT I - FALSE ARREST

## JURISDICTION AND VENUE

1. This Court has jurisdiction based on 28 U.S.C. §§1331 and 1343(a) because the case raises federal constitutional issues.

2. The Court has supplementary jurisdiction over substantially related state claims based on 28 U.S.C. 1367(a).

3. This is an appropriate venue because all of the alleged acts occurred within the Northern District of Illinois and all of the parties reside within the Northern District of Illinois.

4. This action is brought pursuant to 42 U.S.C. §1983 for violations of Plaintiff's

constitutional rights under the Fourth Amendment as incorporated and applied to state governments through the Fourteenth Amendment to the United States Constitution.

## PARTIES

5. Plaintiff is a citizen of the United States and resident of Chicago, Illinois.

6. Defendants, Unknown Chicago Police officers, were on duty and acting under color of state law at all times relevant to this Complaint.

7. The City of Chicago is a municipality organized under the laws of the State of Illinois and it is the employer of Defendants Unknown Chicago Police officers.

## THE FOURTH AMENDMENT VIOLATION

8. On January 8, 2008, Plaintiff was driving a vehicle near North Ave. and Leavitt Street in Chicago, IL.

9. The Defendants did not witness the Plaintiff violate any law on January 8, 2008.

10. The Defendants stopped Plaintiff and, at gun point, ordered him out of his vehicle.

11. Plaintiff was then handcuffed by one of the Unknown Chicago Police officers.

12. Plaintiff was then punched in the face by one of the Defendants.

13. Plaintiff was then taken to the 14th District Police Station.

14. Plaintiff was held for several hours at the police station.

15. Plaintiff was contacted by phone several times by the arresting officers who

demanded Plaintiff supply information regarding criminal activity in the neighborhood of the arrest or Plaintiff would be arrested.

16.  Plaintiff moved from the neighborhood due to the harassment and threats of the Defendant officers.

Wherefore, Plaintiff prays this Honorable Court award him actual and punitive damages as well as costs and reasonable attorneys fees against the defendants.

## COUNT II - STATUTORY INDEMNIFICATION

1-16.  Plaintiff re-allege paragraphs 1-16 of Counts I and II as paragraphs 1-16 of Count II.

17.  At all relevant times 745 ILCS 10/9-102 was in full force and effect.

18.  The defendant officers were acting under color of state law and as employees of the City of Chicago.

WHEREFORE, Plaintiff prays the Court will award him actual damages and costs against the City of Chicago.

Respectfully Submitted,

S/ Kevin Peters
THOMAS PETERS
KEVIN PETERS
Attorneys for Plaintiff
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
312-697-0022