AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Carlos Johnson

CASE NUMBER: 08CV3530

V.

ASSIGNED JUDGE: JUDGE GETTLEMAN

Unknown Chicago Police Officers, et. al.

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

City of Chicago
City Clerk
Room 107
City Hall
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Peters
Kevin Peters
407 S. Dearborn, Suite 1675
Chicago, IL 60605

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Anya Ellis*
--------------------------------
(By) DEPUTY CLERK



June 18, 2008
--------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 6/20/08 |
| NAME OF SERVER *(PRINT)* John Frances | TITLE Law clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **City Hall of Chicago**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/20/08
Date

Signature of Server

Address of Server: 407 S. Dearborn, Suite 1675, Chicago IL 60605

*RECEIVED 2008 JUN 20 PM 3 29 OFFICE OF THE CITY CLERK*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.